# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES MICHAEL MURRAY** | **CASE NO. 6:20-CV-00792 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **LOUIS AKAL, ET AL** | **MAGISTRATE JUDGE HANNA** |

## ORDER

**CONSIDERING THE FOREGOING** Plaintiff's Motion for Preliminary Injunction, Rec. Doc. 23, the matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 27. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, Plaintiff James Michael Murray's Motion for Preliminary Injunction, Rec. Doc. 23, is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 21st day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE