# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES MICHAEL MURRAY** | **CASE NO.  6:20-CV-00792-SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **LOUIS AKAL, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 52. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Plaintiff's Motion for Summary Judgment, Rec. Doc. 36, is **DENIED**, and the Defendant's Motion for Summary Judgment, Rec. Doc 45, is **GRANTED**. Accordingly, this matter is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 8th day of April, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE